PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Joseph Matta                                  Cr.: 1:09-CR-00557
                                                                PACTS #: 55291

Name of Sentencing Judicial Officer:  Honorable Joseph E. Irenas
                                      Senior United States District Judge

Date of Original Sentence: 03/30/2010

Original Offense: Forgery and Counterfeiting of Postage

Original Sentence: Imprisonment - 24 months; Supervised Release - 3 years; Special Assessment - $100; Restitution - $114,053.00

Type of Supervision: Supervised Release                 Date Supervision Commenced: 02/06/2012

## STATUS REPORT

U.S. Probation Officer Action:

On March 30, 2010, the offender was sentenced by Your Honor to 24 months imprisonment and three years supervised release. The following special conditions were imposed: Financial disclosure, cooperation with the IRS, no new debt/credit, mental health treatment, and DNA testing. He was also ordered to pay a $100 special assessment and $114,053.00 in restitution.

Mr. Matta currently resides in Blackwood, New Jersey. He has been employed with Celiac USA since January 2013. We believe that Mr. Matta has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $17,541.62 towards his restitution obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection. It is further noted that the offender, via his attorney, is presenting an offer to the Postal Service to resolve the debt in its entirety with a lump sum payment, pursuant to a reasonable and mutually agreeable amount.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Matta's term of supervision to expire as scheduled on February 5, 2015.

Respectfully submitted,

Barbara R. Kerrigan
Supervising U.S. Probation Officer
Date: January 30, 2015

PROB 12A - Page 2
Keith Moody

## The Court Orders:

[✓] Concur with the Recommendation of the U.S. Probation Office. Case to expire on February 5, 2015
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

2/2/15